# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY,** : : : **CIVIL ACTION** : **Plaintiff,** : : **v.** : : **NO. 18-102** : **GARY JACKSON and KATHLEEN JACKSON,** : : : **Defendants.** : | |

## ORDER

**AND NOW**, this 21st day of August, 2018, upon consideration of Plaintiff State Farm Fire and Casualty Company's Motion for Summary Judgment (Doc. No. 18), Defendants' Gary and Kathleen Jackson's Response (Doc. No. 22), and Plaintiff's Reply (Doc. No. 25), it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff State Farm Fire and Casualty Company does not have a duty to defend or a duty to indemnify Defendant Gary Jackson under Homeowners Policy No. 78-CG-W568-8, in the Underlying Action captioned <u>Jonathan Cox v. Amdel, LTD d/b/a/ Fountain Street Pub, Fountain Street Pub, William Flynn, and Gary Jackson</u>, Docket No. 170300420, pending in the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania.

**JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendants. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,    J.**